CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 19 2020

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **GLENDA W.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No. 7:18-CV-00450** |
| **v.** | ) | |
| | ) | |
| **ANDREW SAUL, Commissioner of Social Security,** | ) | **By: Michael F. Urbanski** |
| | ) | **Chief United States District Judge** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 14) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 16) is **GRANTED**, the report and recommendation (ECF No. 21) is **ADOPTED in its entirety**, plaintiff's objections (ECF No. 22) are **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 02-18-2020

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge